UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSHUA LEON BUTLER,

    Petitioner,

v.                      Case No.: 3:09-cv-286-J-20HTS

WALTER A. MCNEIL, et al.,

    Respondents.
_____/

## RESPONDENTS' MOTION TO TAX COSTS

Respondents, through undersigned counsel, and pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rule 4.18 of the Middle District of Florida, move this Court for an award of costs necessarily incurred by the Respondents in this case. In support, Respondents rely upon the attached the Bill of Costs and the following memorandum of law.

## MEMORANDUM OF LAW

Petitioner filed a Petition for Writ of Habeas Corpus on March 27, 2009. (Doc. 1)  Petitioner sought federal review of a prison disciplinary report.

The petition was dismissed with prejudice (Doc. 14) and judgment was entered in Respondents' favor by the clerk of court on October 15, 2009 (Doc. 15). As the prevailing party, Respondents are entitled to recover costs against Petitioner

pursuant to Rule 54 of the Federal Rules of Civil Procedure. See also Rule 11, Rules Governing Section 2254 Cases; Reutter v. Solem, 736 F.Supp. 1028, 1029 (D.S.D. 1990) ("There is no rule dealing explicitly with costs in a Federal habeas corpus action, therefore, the general rules of Civil Procedure apply."). Attached is the Bill of Costs in support of this motion. (Exh. A) Respondents are entitled to recover $27.00. (Exh. A)

WHEREFORE, Respondents, as the prevailing party in this cause of action, move this Court for an award of costs.

Respectfully submitted,

**BILL MCCOLLUM
ATTORNEY GENERAL**

s/ Lance Eric Neff
Lance Eric Neff
Assistant Attorney General
Florida Bar Number 26626
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300 - Telephone
(850) 488-4872 -Facsimile
Lance.Neff@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to: Joshua Leon Butler, DC# 461218, Wakulla C.I.-Annex, 110 Melaleuca Drive, Crawfordville, Florida, 32327-4963, on this 20th day of October, 2009.

                                                  s/Lance Eric Neff
                                                  Lance Eric Neff