UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSHUA LEON BUTLER,

   Petitioner,

vs.             Case No. 3:09-cv-286-J-20HTS

WALTER A. MCNEIL,
et al.,

   Respondents.
_____

### ORDER

  Petitioner Joshua Leon Butler initiated this action by filing a Petition for Writ of Habeas Corpus (Petition) (Doc. #1) pursuant to 28 U.S.C. § 2254 on March 27, 2009. In the Petition, he challenged a September 27, 2006, disciplinary report, for which he was placed in disciplinary confinement. This Court, on October 15, 2009, dismissed the case with prejudice. See Court's Order (Doc. #14).

  As the prevailing party, the Respondents filed a Motion to Tax Costs (Doc. #16), filed October 20, 2009, in which they contend that they are entitled to recover costs against Petitioner pursuant to Rule 54 of the Federal Rules of Civil Procedure. In support of

their Motion to Tax Costs, they have submitted a Bill of Costs, claiming they are entitled to recover $27.00 for copying costs (180 pages x 15 cents per page). Petitioner has not opposed the motion.

Finding that the copies were "necessarily obtained for use in the case," see 28 U.S.C. § 1920(4), this Court concludes that Respondents, as the prevailing party, are entitled to recover $27.00 for their copying costs. See Montgomery v. Meloy, 90 F.3d 1200, 1206 (7th Cir. 1996) (holding that the district court acted within its discretion in imposing costs against an indigent habeas petitioner), cert. denied, 519 U.S. 907 (1996); Nguyen v. Taylor, No. 01cv0851J(POR), 2007 WL 1994054, at *1-2 (S.D. Cal. Apr. 27, 2007) (citing Rule 54(d)(1) of the Federal Rules of Civil Procedure and stating that "a facial review of the relevant statutory authority indicates that costs may be awarded to prevailing [parties] under Section 2254"); Rule 12 of the Rules Governing Section 2254 Cases in the United States District Courts; Reutter v. Solem, 736 F.Supp. 1028, 1029 (D.S.D. 1990) ("There is no rule dealing explicitly with costs in a Federal habeas corpus action, therefore, the general rules of Civil Procedure apply."), aff'd, 923 F.2d 860 (8th Cir. 1990). Thus, in accordance with Rule 54(d)(1) of the Federal Rules of Civil Procedure, Respondents' Motion to Tax Costs will be granted.

Accordingly, it is now

**ORDERED:**

Respondents' Motion to Tax Costs (Doc. #16), filed October 20, 2009, is **GRANTED**. The Respondents are entitled to recover copying costs in the amount of $27.00.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of December, 2009.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

sc 12/15
c:
Joshua Leon Butler
Ass't Attorney General (Neff)